IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOSHUA DAVID ALEXANDER,

    Petitioner,

v.                                            Civil Action No. 3:22cv195

HAROLD CLARK,

    Respondent.

## MEMORANDUM OPINION

Petitioner, proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By Memorandum Order entered on September 21, 2022, the Court directed Petitioner, within thirty (30) days of the date of entry thereof, to complete and return the standardized form for filing a § 2254 petition as required by Eastern District of Virginia Local Civil Rule 83.4(A). (ECF No. 9.)

The Court warned Petitioner that the Court would dismiss the action if he failed to comply with the September 21, 2022 Memorandum Order.

More than thirty (30) days have passed and Petitioner has not returned the standardized form. Accordingly, the petition will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall issue.

Date: 11/21/2022
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge